**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 05-6863**

—————

GERRY LEE ROUSE, SR.,

                                        Plaintiff - Appellant,

        versus

KERMIT TENNIS,

                                        Defendant - Appellee.

—————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca Beach Smith, District Judge.  (CA-05-266-2)

—————

Submitted:  October 20, 2005        Decided:  October 27, 2005

—————

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

—————

Affirmed by unpublished per curiam opinion.

—————

Gerry Lee Rouse, Sr., Appellant Pro Se.

—————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gerry Lee Rouse, Sr., appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint for failure to state a claim under 28 U.S.C. § 1915A(b)(1) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Rouse v. Tennis, No. CA-05-266-2 (E.D. Va. May 27, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

- 2 -